**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 10-cr-00618-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RUBEL BENITO GONZALES,

    Defendant.

---

**FORFEITURE MONEY JUDGMENT**

---

This matter is before the Court on the United States' Motion for Forfeiture Money Judgment (Doc. # 25). The Court, having read the Motion, and being fully advised in the premises, finds:

The United States and Defendant Rubel Benito Gonzales entered into a Plea Agreement and Statement of Facts Relevant to Sentencing, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure.

Therefore, it is ORDERED, DECREED and ADJUDGED that Defendant's interest in the following:

Money judgment in the amount of $600.00 in United States Currency is forfeited to the United States in accordance with 21 U.S.C. § 853.  Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to Defendant at the

time of sentencing and shall be made part of the sentence and included in the

judgment.

    SO ORDERED this  14th  day of July, 2011.

                              BY THE COURT:

                              *[Signature]*

                              _____
                              CHRISTINE M. ARGUELLO
                              United States District Judge